IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**OCEAN REEF DEVELOPERS II, LLC,**

    Plaintiff,

vs.                                   **CASE NO. 5:11-cv-104/RS-EMT**

**MIKE MADDOX,**

    Respondent.

_____

## ORDER

Before me is the Amended Stipulation of Dismissal without Prejudice. (Doc. 11).

This case is **dismissed without prejudice**. The clerk is directed to close the file.

**ORDERED** on August 12, 2011.

                                             /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**